UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60014-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN VINCENT ARTUSO,

    Defendant.

_____/



## VERDICT

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 1:

    NOT GUILTY ___        GUILTY _X_


We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 2:

    NOT GUILTY ___        GUILTY _X_


We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 3:

    NOT GUILTY ___        GUILTY _X_


We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 4:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 5:

NOT GUILTY ___          GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 6:

NOT GUILTY ___          GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 7:

NOT GUILTY ___          GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 8:

NOT GUILTY ___          GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 9:

NOT GUILTY ___          GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 10:

NOT GUILTY ___          GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 11:

NOT GUILTY ___          GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 12:

NOT GUILTY ___      GUILTY  X

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 13:

NOT GUILTY ___      GUILTY  X

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 14:

NOT GUILTY ___      GUILTY  X

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 15:

NOT GUILTY ___      GUILTY  X

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 16:

NOT GUILTY ___      GUILTY  X

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 17:

NOT GUILTY ___      GUILTY  X

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 18:

NOT GUILTY ___      GUILTY  X

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 19:

    NOT GUILTY \_\_\_        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 20:

    NOT GUILTY \_\_\_        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 21:

    NOT GUILTY \_\_\_        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 22:

    NOT GUILTY \_\_\_        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 23:

    NOT GUILTY \_\_\_        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 24:

    NOT GUILTY \_\_\_        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 25:

    NOT GUILTY \_\_\_        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 26:

    NOT GUILTY ___     GUILTY _X_

*[If you find the defendant NOT GUILTY, proceed to Count 27. If you find the defendant GUILTY, please answer the following:]*

Count 26 alleges two different types of money laundering conspiracy. We, the jury, unanimously find as follows regarding Count 26:

The defendant agreed to conduct or attempt to conduct financial transactions knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership or control of the proceeds of specified unlawful activity, that is, mail fraud and wire fraud, and knowing that the property involved represented the proceeds of some form of unlawful activity.

    NOT GUILTY ___     GUILTY _X_

The defendant agreed to engage or attempt to engage in monetary transactions affecting interstate or foreign commerce in criminally derived property that was of a value greater than $10,000, which was from specified unlawful activity, that is, mail fraud and wire fraud.

    NOT GUILTY ___     GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 27:

    NOT GUILTY ___     GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 28:

    NOT GUILTY ___     GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 29:

    NOT GUILTY ___     GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 30:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 31:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 32:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 33:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 34:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 35:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 36:

    NOT GUILTY ___        GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 37:

    NOT GUILTY ___      GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 38:

    NOT GUILTY ___      GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 39:

    NOT GUILTY ___      GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 40:

    NOT GUILTY ___      GUILTY _X_

We, the Jury, unanimously find the defendant, JOHN VINCENT ARTUSO, as to Count 41:

    NOT GUILTY ___      GUILTY _X_

SO SAY WE ALL.

Signed and dated at the United States District Court, West Palm Beach, Florida, this _2_ day of ~~September,~~ 2008.
October

_____      James T McManus
Foreperson's Signature              Foreperson's Printed Name

7