1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
UNITED STATES OF AMERICA,        )   Case No.
3                                )   08-60014-CR-MIDDLEBROOKS
                    Plaintiff,   )
4                                )
            -v-                  )
5                                )
VINCENT F. ARTUSO, JOHN VINCENT  )
6  ARTUSO, GREGORY ORR, ROBERT M.   )
GANNON, AND PHILIP EDWARD FORGIONE,)
7                                )
                    Defendants.  )   West Palm Beach, Florida
8                                )   September 18, 2008
   _____)
9
                      PAGES 1 - 73
10
            TRANSCRIPT OF TRIAL PROCEEDINGS
11              TESTIMONY OF LEWIS KASMAN
        BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS
12          U.S. DISTRICT JUDGE, AND A JURY

13
   Appearances:
14
   For the Government:        J. BRIAN MCCORMICK
15                            WILLIAM T. SHOCKLEY
                              Assistant United States Attorneys
16                            500 East Broward Boulevard
                              Fort Lauderdale, Florida  33394
17
   For the Defendant:         PETER VINCENT BIRCH
18  Vincent F. Artuso         Assistant Federal Public Defender
                              450 Australian Avenue, Suite 500
19                            West Palm Beach, Florida  33401

20  For the Defendant:        CARLTON FIELDS
   John Vincent Artuso        BY:  MICHAEL S. PASANO, ESQ.
21                            100 SE 2nd Street, Suite 4000
                              Miami, Florida  33131
22

23
   Reporter:                  Karl Shires, RPR
24  (561) 514-3728            Official Court Reporter
                              701 Clematis Street, Suite 258
25                            West Palm Beach, Florida  33401

          STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

```
 1   Appearances: (Continued)

 2   For the Defendant:              DAVID OSCAR MARKUS, ESQ.
     Gregory Orr                     ROBIN ELLEN KAPLAN, ESQ.
 3                                   169 E. Flagler Street, Suite 1200
                                     Miami, Florida  33131
 4
     For the Defendant:              ALLAN B. KAISER PLLC
 5   Robert M. Gannon                BY:  ALLAN BENNETT KAISER
                                     111 NE 1st Street, Suite 902
 6                                   Miami, Florida  33132

 7   For the Defendant:              ENTIN & DELLA FERA
     Philip Edward Forgione          BY:  ALVIN ERNEST ENTIN, ESQ.
 8                                   110 SE 6th Street, Suite 1970
                                     Fort Lauderdale, Florida  33301
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        (Proceedings were had which are not herein transcribed.)

 2              THE COURT:  Okay.  Ready for the jury?

 3              MR. McCORMICK:  Yes, your Honor.

 4              THE COURT:  Please invite the jury in.

 5        (Jury in at 3:08 p.m.)

 6              THE COURT:  Welcome back.  Please be seated.

 7              Okay.  Mr. McCormick, what's next?

 8              MR. McCORMICK:  Lewis Kasman.

 9         LEWIS KAZMAN, GOVERNMENT'S WITNESS, SWORN

10                       DIRECT EXAMINATION

11   BY MR. McCORMICK:

12   Q    Good afternoon.

13   A    Good afternoon.

14   Q    Could you state your full name for the jury, please; and

15   spell your last name.

16   A    Lewis Kasman, K-A-S-M-A-N.

17   Q    How old are you, Mr. Kasman?

18   A    51.

19   Q    Okay.  Tell the jury where you were born, please?

20   A    I was born in Brooklyn, New York.

21   Q    What's the extent of your education from high school on?

22   Could you tell us that, please?

23   A    One year at St. John's University.

24   Q    That's in New York?

25   A    Yes.
```

1    Q    Where did you go high school?

2    A    Richmond Town Prep in Staten Island, New York.

3    Q    And what, did you grow up on Staten Island?

4    A    For several years, yes.

5    Q    And are you married?

6    A    Yes, I am.

7    Q    Are you in the process of divorce?

8    A    Yes.

9    Q    Let's talk a little bit about your employment history,

10   Mr. Kasman.  Okay?  Where did you -- did you work for Nassau

11   County for an executive?

12   A    Yes, I did.

13   Q    What year did you do that?

14   A    In the '70s.

15   Q    Would 1976 be accurate?

16   A    Approximately '76, '77.

17   Q    What did you do for them?

18   A    I handled his scheduling.

19   Q    What does that mean?

20   A    His appointments, his day-to-day itinerary.

21   Q    Was this the first adult job that you had in 1976?

22   A    Yes.

23   Q    How long did you work for the Nassau County executive?

24   A    Approximately two and a half years.

25   Q    After the two and a half years, where did you go?

1   A    I went to work for New York State Assemblyman Armand

2   D'Amato.

3   Q    Would you spell that for reporter, please?

4   A    D'Amato, D' A-M-A-T-O.

5   Q    Now he was an assemblyman.  Where did you work?

6   A    In Freeport, New York, out of his local district office.

7   Q    What was your job with Mr. D'Amato?

8   A    Constituent matters, constituent complaints.

9   Q    So if a voter called and he was upset, you'd handle it?

10  A    Yes.

11  Q    And Mr. D'Amato was an assemblyman; is that what it's

12  called in New York?

13  A    Yes, he was a legislator, a New York State Assemblyman.

14  Q    And for how long did work for Mr. D'Amato from 1978 on?

15  A    I was working in his legislative office for several

16  years and then he transferred me over to his law office in

17  Mineola, New York.

18  Q    What did you do in his law office when you transferred

19  over there?

20  A    Basically, the same function.  Legislative matters and

21  some personal affairs of his scheduling; things of that

22  nature.

23  Q    Virtually the same job you had when you worked for him

24  as an assemblyman, when he was an assemblyman?

25  A    Basically, yes.

1    Q    Who is Mike Coiro?

2    A    Mike Coiro was my immediate next-door neighbor who was a

3    criminal defense attorney in New York.

4    Q    Now you say he was your immediate next-door neighbor.

5    When did you meet Mike Coiro?  Am I saying that correctly?

6    A    Yes.  Michael Coiro.

7    Q    Could you spell it for the court reporter?

8    A    Sure C-O-I-R-O.  Coiro.

9    Q    Go ahead.

10   A    I met Mike in 1974.

11   Q    And he was your next-door neighbor, correct?

12   A    That's correct.

13   Q    You lived with your parents at that time?

14   A    Yes.

15   Q    For how long did you associate with Mike Coiro while you

16   lived next door to him?

17   A    He was my next-door neighbor so I saw Mike all the time.

18   It went on until he died.

19   Q    Now, you indicated that he was a criminal defense

20   attorney.

21   A    Yes.

22   Q    Did you get to know people that he was defending at his

23   house when you were growing up?

24   A    Yes, I did.

25   Q    How would that come about; could you explain that to the

1   jury, please?

2   A    Well, Mike was a kind of friendly guy so his clients and

3   people would come to his home and visit with him.  And I was

4   in his home quite a bit and that's how I would get to know

5   these different individuals.

6   Q    When you say different individuals, who did you meet

7   through Mike Coiro at his home?

8   A    I met John Gotti Senior, I met Gene Gotti, I met Angelo

9   Ruggiero, Mark Ryder, numerous, numerous people.

10  Q    What was the basis of your relationship with the

11  individuals that you just identified?

12  A    The first time I met Gene Gotti or John Gotti, it was

13  just a -- I was just introduced to them on that first instant

14  and then it progressed from there as their constant presence

15  at Mike's house.

16  Q    And who was John Gotti?

17  A    At that time John Gotti was a captain of the Gambino

18  family.

19  Q    How about Gene Gotti?

20  A    He was a soldier in the Gambino family.

21  Q    Now, you met some other people -- I forgot the name of

22  the third person you mention?

23  A    Angelo Ruggiero?

24  Q    Who was he?

25  A    He was a soldier in the Gambino family.

1  Q    And was this the first time you became aware of the

2  Gambino crime family at all?

3  A    Yes, it was through Mike Coiro, yes.

4  Q    Did Mr. Coiro represent these individuals?

5  A    Yes, he did.

6  Q    Did you become aware of any other organized crime family

7  in the same context when you were socializing with Mike

8  Coiro?

9  A    There were other individuals that would come by Mike's

10  house from other organized crime families, but primarily

11  Mike's focus was the criminal defense of members of the

12  Gambino organized crime family.

13  Q    Okay.  At that time, what time period are we speaking

14  about, the early 1980s?

15  A    Yes, around 1982.  Around that time period.

16  Q    And were you still working at Mr. D'Amato's law office

17  with constituency work?

18  A    Yes.

19  Q    Did there come a time that you talked with Mike Coiro

20  about other employment?

21  A    Yes.

22  Q    And would that be about the time we're speaking about,

23  the early 1980s?

24  A    Yes.

25  Q    Now, a lot of these dates, it's been so long you're

```
 1   approximating the dates; is that a fair statement?

 2   A    That's correct.

 3   Q    What kind of a job did you, did Mr. Coiro get for you at

 4   about that time?

 5   A    Mike had come to me and indicated that a gentleman by

 6   the name of Philip Basile, a Lucchese associate and also a

 7   client of the D'Amato law firm, needed someone to take over

 8   the operations of his nightclubs because he was under

 9   indictment at the time.

10   Q    Okay.  Phil Basile, could you spell Basile for the court

11   reporter?

12   A    Sure.  B-A-S-I-L-E.

13   Q    And did you meet with Phil Basile?

14   A    Yes, I did.

15   Q    Were you hired?

16   A    Yes, I was.

17   Q    In what capacity were you hired by Phil Basile in the

18   early 1980's?

19   A    Operations.

20   Q    What does that mean?

21   A    He was a major nightclub operator and promoter on Long

22   Island and he had four nightclubs, and I was running the

23   day-to-day operations of those clubs.

24   Q    Would you -- go ahead.

25   A    Sorry?
```

1   Q    Are you finished?

2   A    Yes.

3   Q    Were you given any instructions prior to commencing your

4   work with Phil Basile regarding those four nightclubs?

5   A    Yes.

6   Q    And who gave you instructions?

7   A    I got instructions from Mike Coiro and Gene Gotti.

8   Q    What did Gene Gotti tell you?

9   A    Gene indicated to me that I'm with him and Phil Basile

10  was with Paul Vario at the time.

11  Q    Now who was Paul Vario?

12  A    Paul Vario at the time -- he is deceased now -- at the

13  time he was a captain in the Lucchese crime family.

14  Q    Okay.  Now, what instructions were you given by Gene

15  Gotti?

16  A    Before I could go to work there, they had to go -- there

17  was a meeting between Paul Vario and Gene Gotti to clear that

18  up, so that -- because I was a Gambino guy with Gene Gotti

19  and being that Phil was a Lucchese guy, they had to get that

20  approved and sanctioned, which they did.

21  Q    Now, you mentioned that you were with, you were told by

22  Gene Gotti that you were with him.

23  A    Right.

24  Q    Is that the first time you heard that type of

25  terminology?

```
 1   A     At point in time, yes.

 2   Q     Was it explained to you what that meant in terms of your

 3   pursuing working for the Phil Basile?

 4   A     Yes, I understood what that meant.

 5   Q     Tell the jury how you understood that?

 6   A     When you're with someone who is a member of organized

 7   crime, if you have any problems with other members of

 8   organized crime be it within your own family or other

 9   families, you go to that individual who is a made member of

10   the organized crime family with who you are with.  So you go

11   to him for any issues or resolutions that you need done on

12   your behalf.

13   Q     And what was your day-to-day activity at the four clubs

14   owned by Phil Basile?

15   A     It was general operations.  Hiring, firing, ordering

16   liquor.  Things, you know, normal management

17   responsibilities.

18   Q     Were you involved in any illegal activity at that

19   particular time of your life?

20   A     No.

21   Q     And you were still with Gene Gotti though; is that

22   correct?

23   A     Correct.

24   Q     All right.  Now, did there come a time that you left

25   Phil Basile and his four nightclubs?
```

1    A    Yes.

2    Q    And do you remember when that date was, just

3    approximately?

4    A    I would say in the late '80s.

5    Q    Late 80's?

6    A    I would say late '80s.  Maybe mid to late '80s.

7    Q    Mid 80's or late 80's?

8    A    Around that time.

9    Q    What happened to cause you to change your business

10    activity?

11    A    Michael Coiro was indicted out of the Eastern District

12    of New York and he could no longer practice law.

13    Q    So who told you this?

14    A    Mike told me.  It was well publicized.

15    Q    What was proposed after Mike Coiro was indicted in the

16    Eastern District of New York?

17    A    We were to go to the garment center and open up a

18    business.

19    Q    Did you have any experience in the garment center at

20    that time?

21    A    Not me personally, no.

22    Q    Okay.  Did you speak with anybody else affiliated with

23    the Gambino crime family before you and Mike Coiro decided to

24    open a business in the garment center?

25    A    Yes, we did.

1    Q    Who did you speak to?

2    A    We spoke with Gene Gotti, Angelo Ruggiero.  At that

3    point those were the two people we spoke with.

4    Q    You were still with Gene Gotti at that time?

5    A    Yes.

6    Q    Okay.  Did you open a business in the garment center?

7    A    We did.

8    Q    Before we get into that, could you explain to the jury

9    what the garment center is, more appropriately was, in New

10   York in the mid 1980's?

11   A    It is about a ten-block radius, going east and west.

12   Maybe 12 blocks.  And it's different manufacturing houses

13   that manufacturer women's ware, men's ware and people pushing

14   push carts in the street, trucks going back and forth; and

15   things of that nature.  That was the heart of the garment

16   center before everything was now done offshore.

17   Q    Okay.  What type of a business did you and Mike Coiro

18   open in the garment center?

19   A    We opened up a company known as a trimming business.

20   Trimmings.

21   Q    Could you explain what trimming is to the jury, please?

22   A    Trimmings.  On the women's side, when a woman's product

23   is made, a blouse or a suit or whatever, there's buttons,

24   there's elastic, there's zippers, there's shoulder pads.

25   Plastics bags, hangars.  We sold all those products that went

1   into making the woman's garment.

2   Q    You say you and Mike Coiro did?

3   A    Correct.

4   Q    And for -- did that business, was that business

5   successful initially with Mike Coiro?

6   A    No.

7   Q    And did you go to anyone to complain about the lack of

8   business in the garment center?

9   A    Yes, I did.

10  Q    Did you talk with John Gotti or Gene Gotti about it?

11  A    I did.

12  Q    Did you talk to John Gotti about it?

13  A    After I spoke to Gene, he directed me to go see his

14  brother John.

15  Q    Did you go see his brother John?

16  A    Yes, I did.

17  Q    Is that in the mid 1980's, more or less?

18  A    Yes, it is.

19  Q    Where did you meet John Gotti when you were making your

20  complaint about the garment center?

21  A    I met John in the -- he was on trial before Judge

22  Nickerson in the Eastern District of New York in Brooklyn.

23  Q    What do you mean he was on trial?  Could you explain

24  that?

25  A    He was charged with various crimes and he was on trial

1    before the Court.  And I met him in the courthouse.

2    Q    And in the courthouse, did you make your complaint about

3    the garment center?

4    A    Yes, I did.

5    Q    And did you also meet John Gotti anywhere else about

6    complaints about the garment center?

7    A    Yes, I did.

8    Q    Where did you meet him?

9    A    At the Bergin Hunt & Fish Club.

10   Q    Would you just take a second and explain where the

11   Bergin Hunt & Fish Club was and what it was?

12   A    The Bergin Hunt & Fish Club is a social club, located on

13   101st Avenue in Ozone Park, Queens, New York.  And it's a

14   social club where -- a social club controlled by John Gotti

15   Senior and it's a club where his men, made members,

16   associates, captains, would, see him, pay respects to him,

17   talk to him, things of that nature, play cards, hang out,

18   just, you know, a social club filled with members of

19   organized crime and associates.

20   Q    Were you entitled to go there because of your

21   relationships?

22   A    Yes.

23   Q    Could anybody come into the Bergin Hunt & Fish Club off

24   the street and buy a drink?

25   A    No.

1   Q    No.  Was somebody at the door to prevent that?

2   A    I don't know if someone was at the door, but you knew,

3   you weren't going in there to buy a drink.

4   Q    All right.  Now, as a result of your conversations with

5   John Gotti at -- during this criminal trial and at the Bergin

6   Hunt & Fish Club, did business improve at the garment center?

7   A    Yes, after my final conversation with John at the Bergin

8   Hunt, business improved.

9   Q    By the way, what was the name of the business that you

10  and Mike Coiro had in the garment center?

11  A    Scorpio Marketing.

12  Q    Was that your business or Mike Coiro's?

13  A    That was Mike Coiro and John's business.

14  Q    So they incorporated that business?

15  A    Yes, they did.

16  Q    That was the business that you initially opened in the

17  garment center?

18  A    Scorpio Marketing was the business that John and Mike

19  owned jointly as president and vice president.

20  Q    Okay.  So when you opened the business in the garment

21  center, that was the corporation you used?

22  A    There was a business before that known as HJM

23  Industries, the business that was failing.  And then once I

24  went to John, that's when we made the switchover.

25  Q    You changed corporations so to speak?

1    A    Yes.

2    Q    And the owners of that corporation were?

3    A    John was the president and Mike was the vice president.

4    Q    When you say John, who are you referring to?

5    A    I'm referring to Join Gotti, Senior, and Mike Coiro was

6    the vice president.

7    Q    Okay.  Now, so Scorpio Marketing was the new

8    corporation, correct?

9    A    Yes.

10    Q    Okay.  Were you engaging in any criminal activity once

11    you returned to the garment center after your complaint to

12    John Gotti and after John Gotti and Mike Coiro opened this

13    new business?

14    A    Yes.

15    Q    Could you explain the types of criminal activity that

16    you and John Gotti and Mike Coiro were engaged in, in the mid

17    to mid 1980's?

18    A    We were money laundering, phoney invoicing, overbilling.

19    Q    Just very briefly, could you explain what overbilling

20    meant in the garment industry?

21    A    Overbilling is when you create a bill with a proof of

22    delivery and you're overcharging the customer.  If an item

23    cost a dollar, perhaps we would charge $3.  That's known as

24    overbilling.

25    Q    How about selling cash, did you engage in that with Mike

1    Coiro and John Gotti?

2    A    Yes, I did.

3    Q    Now, we're referring to John Gotti Senior, are we not?

4    A    Yes.

5    Q    Tell us about what selling cash meant in the garment

6    center?

7    A    Manufacturers in New York City that are in the garment

8    center, they have an inability to raise cash without writing

9    a check and going to the bank to cash a check.  So they come

10   to me, I would generate an invoice, let's say for $100,000,

11   and I would charge them 20 or 30 percent.  So I would give

12   them the difference of the 100,000 between whatever the

13   interest rate would be in cash.

14         And that's what you call selling cash.  So, on a

15   hundred thousand dollars if you were charging 20 percent,

16   it's -- that's what you would make on that.

17   Q    How did you get the cash yourself to engage in that type

18   of a transaction?

19   A    Through John Gotti Senior.

20   Q    And where was that money coming from, if you know?

21   A    The money was coming -- he was the boss of the family,

22   so it was coming from the Gambino organized crime family.

23   Q    Now, what kind of money laundering was going on beyond

24   what you've described already, Mr. Kasman?  Was there any

25   other money laundering going on in the garment center, do you

1   recall?

2   A     The selling of the cash, the money laundering, the

3   overbilling.   The other types of money laundering was, I was

4   writing checks on behalf of John in exchange for the cash.

5   So that would be the additional type of money laundering.

6   Q     Now, in 1986, can you tell the jury who the boss of the

7   Gambino crime family was?

8   A     In what year?

9   Q     1986.

10  A     John Gotti was the boss then.

11  Q     And had he just become boss?

12  A     Yes.

13  Q     And who was the prior boss?

14  A     Paul Castellano.

15  Q     And did he die?

16  A     Yes.

17  Q     Turning your attention to 1987, 1988, did you form any

18  new corporations in the garment center at that time, or

19  companies, let's say that?

20  A     Yes, we did.

21  Q     What did you form?

22  A     We formed that new company called Scorpio Marketing Inc.

23  Q     That was -- you already referred to that.  Did you form

24  any other companies?

25  A     There were two existing companies.  Albie Trimming

1    located at the same location as Scorpio Marketing and

2    Copymatic Corporation located on 35th Street in New York

3    City.

4    Q    So the operating -- the company, Scorpio, was operating

5    at full board before these two companies and your partners

6    got into this garment center?

7    A    Albie Trimming and Copymatic were in existence prior to

8    Scorpio Marketing.  Scorpio Marketing came after that.

9    Q    And who were your partners in Copymatic and Albie

10   Trimming?

11   A    Albie Trimming, I was a commissioned salesman.  I was

12   not a partner.  The owners of that company were Albie and

13   Robert Kula.  And Copymatic Corp, I was partners with Joseph

14   Rogavan (phonetic).

15   Q    Turning your attention to Scorpio Marketing again, did

16   you have any arrangement with John Gotti concerning no-show

17   jobs during this period of time?

18   A    Yes, I did.

19   Q    Explain to the jury what a no-show job was, if you

20   would -- or is?

21   A    Well, the boss of an organized crime family needs to

22   show legitimate income to substantiate some portion of his

23   lifestyle, and until we formed Scorpio Marketing, John had no

24   ability to have any legitimate income, except some minor

25   income coming in, and it really wasn't enough to

1  substantiate.  So we formed Scorpio Marketing for the sole

2  purpose of providing a no-show job to John Gotti Senior.

3  Q    How did you do that?

4  A    I took sales from accounts that I had and accounts that

5  John gotten me and I put X amount of sales into Scorpio

6  Marketing to cover John's paycheck and also one of John's

7  associate's paychecks.

8  Q    Who was the associate you were also covering on a

9  no-show job?

10  A    Jackie D'Amico.

11  Q    Did either of those individuals work at Scorpio

12  Marketing?

13  A    No.

14  Q    And you would give them checks how often?

15  A    Weekly.

16  Q    And did John Gotti or Jackie D'Amico, did they fund any

17  of the checks that were given to them?

18  A    No.

19  Q    They all came from you in the manner you just described?

20  A    Yes.

21  Q    In about 1987, did you get married?

22  A    Yes.

23  Q    And did you have a big wedding?

24  A    Yes.

25  Q    And who did you invite to the wedding of the Gambino

1    people that you could describe?

2    A     Thomas Gambino, Joe Gambino, Danny Fattico (phonetic),

3    Mike Coiro, Jo Jo Corozzo, Jackie D'Amico.  I believe I

4    mentioned John.  I think that's about it.

5    Q     There may have been others though?

6    A     There might have been others.

7    Q     Let me show you Government's proposed Exhibit 4310.

8    43.10.

9            MR. McCORMICK:  May I approach the witness, your

10   Honor.

11           THE COURT:  Yes.

12   BY MR. McCORMICK:

13   Q     And ask just generally describe what that is?

14   A     Okay.  This is a wedding picture from my wedding.

15   Q     And is the scene there, does that accurately depict the

16   scene?

17   A     Yes.

18           MR. McCORMICK:  Your Honor, I offer 46.10 into

19   evidence.

20           THE COURT:  Was it 43.10?

21           MR. BIRCH:  I have no objection.

22           MR. MARKUS:  401 and 403.

23           MR. McCORMICK:  I'm sorry?

24           MR. MARKUS:  401 and 403, your Honor.

25           THE COURT:  All right.  43.10 admitted over

```
 1    objection.

 2        (Received in evidence Government's Exhibit(s) 43.10.)

 3    BY MR. McCORMICK:

 4    Q    That, obviously, was taken at a table at your wedding;

 5    is that correct?

 6    A    Yes.

 7    Q    Can you identify the individuals, starting with the

 8    individual in the far right in the back?

 9    A    Yes.  That's Danny Fattico and his wife Margie.

10    Q    And who is Danny Fattico?

11    A    Danny Fattico was a soldier in the Gambino organized

12    crime family.

13    Q    And his wife Margie.  Who is next to his wife, Marjorie?

14    A    That's my father-in-law, Albert Kula.

15    Q    That's the individual you were in business with in the

16    garment center?

17    A    Yes.

18    Q    And who is next to that?

19    A    That's his wife, Sandy Kula.

20    Q    Who is next to her?

21    A    That's my wife.

22    Q    Is that your bride?

23    A    Yes.

24    Q    Okay.  And who is next to your wife?

25    A    Michael Coiro.
```

1    Q    That's the individual that you were partner with in the

2    garment center, correct?

3    A    Yes.

4    Q    Okay.  Down here, I guess that's you, isn't it?

5    A    That's me.

6    Q    Several years ago?

7    A    A couple years younger.

8    Q    And who is next to you?

9    A    John Gotti Senior.

10    Q    And who is next to John Gotti Senior?

11    A    Jackie D'Amico.

12    Q    Does he have a nickname?

13    A    Jackie Nose.

14    Q    And who is next to Jackie Nose?

15    A    Jo Jo Corozzo.

16    Q    Who is next to him?

17    A    Stephanie Coiro, Mike' wife.

18    Q    Thank you.  In 1986 and 1987 while you were in business

19    in the garment center, and while you were socializing with

20    John Gotti in criminal acts, or I should say socializing and

21    committing criminal acts, did you ever meet an individual by

22    the name of Vinnie Artuso?

23    A    At that time I was never formally introduced to Vinnie,

24    but I did see him, yes.

25    Q    What do you mean by formally introduced?

1   A    I would see Vinnie at the Ravenite Social club.

2   Q    Is he in the courtroom today?

3   A    Yes, he is.

4   Q    Would you identify him for the Court and jury?

5   A    The gentleman in the blue suit jacket.

6           MR. McCORMICK:  Your Honor, the record should

7   reflect that he has identified Vincent Artuso.

8   BY MR. McCORMICK:

9   Q    What other individuals did you meet while you were --

10  strike that.

11          Can you describe to the jury how your relationship

12  with John Gotti changed, if it did, through the mid to late

13  1980s?

14  A    We became very close friends.  It developed into a

15  father/son relationship.

16  Q    Could you describe, if you would, how you interacted

17  with John Gotti or his family, with a small F?

18  A    Okay.  Members of the -- members of John's organized

19  crime family -- members of the Gambino family were not

20  permitted at his home or certain functions.  I was permitted

21  at his home.  I was invited to all of his family functions.

22          I made the wedding when his son got married, so I

23  was intimately involved with his family, his children,

24  et cetera.

25  Q    And through John Gotti did you meet other members of the

1    Gambino crime family?

2    A    Yes, I did.

3    Q    And some of those that are in the wedding picture,

4    correct?

5    A    Yes.

6         (Pause in Proceedings.)

7    BY MR. McCORMICK:

8    Q    Let me show you, first of all, photograph, proposed

9    Government Exhibit 47.1.  Can you identify that person?

10   A    Yes.

11   Q    Who is it?

12   A    That's Richard Gotti Senior.

13   Q    And who is he?

14   A    At some point in time he was a captain.  He is no longer

15   a captain.

16   Q    47.2, can you identify whose picture that is?

17   A    That's Jo Jo Corozzo.  The consigliere of the Gambino

18   crime family.

19   Q    He wasn't then though?

20   A    No, he was not.  Currently, he is.

21   Q    How about 47.3?

22   A    That's Carlo Vaccarezza, an associate of the Gambino

23   crime family.

24   Q    How about 47.6.  47.4?

25   A    That is Jackie Nose, Jackie D'Amico.

1    Q    47.5?

2    A    This is Uncle Pete.  It's Peter Gotti Senior.

3    Q    You say Uncle Pete, what is that, a nickname?

4    A    That's what I referred to him over the years as, is

5    Uncle Pete.

6    Q    And that is John Gotti's brother?

7    A    That's John Gotti's brother.

8    Q    47.6.

9    A    This is Danny Marino, captain of the Gambino family.

10   Q    And 47.7.

11   A    That's Nickey Corrozo.

12   Q    Is he related to Joseph Corozzo?

13   A    That's his brother.

14   Q    How about 47.8?

15   A    This is Emil Pellino, an associate.

16   Q    What's an associate?

17   A    An associate is a non-made member, part of a crew that

18   belongs to a captain.

19   Q    And you were also an associate at this point in your

20   relationship with the Gambino crime family?

21   A    Yes.

22            MR. McCORMICK:  Your Honor, I would offer 47.1

23   through 47.8 into evidence at this time.

24            MR. BIRCH:  Your Honor, if I may clarify, other

25   than the objections previously raised as to Exhibit 43.10,

1    the wedding photograph that was just introduced, I have no

2    objection and I would say the same thing as for these

3    exhibits.

4            THE COURT:  I'm not sure I understood that.

5            MR. BIRCH:  The objections were raised previously

6    to this testimony in general.

7            THE COURT:  All right.

8            MR. BIRCH:  Our pretrial motion primarily.

9            THE COURT:  Okay.  Other than that, you have no

10   objections to 47.1 through 8.

11           MR. BIRCH:  That's correct.

12           MR. MARKUS:  401 and 403, your Honor.

13           THE COURT:  47.1 through 8 are admitted over

14   objection.

15      (Received in evidence Government's Exhibit(s) 47.1

16   through 47.8.)

17   BY MR. McCORMICK:

18   Q    Again, 47.1 Mr. Kasman, would you identify that

19   individual for the jury, please?

20   A    Richard Gotti Senior.  Brother of John Gotti.

21   Q    And 47.2?

22   A    Jo Jo Corozzo.

23   Q    By Jo Jo, you mean Joseph Corozzo?

24   A    Yes.

25   Q    You mentioned that he was a consigliere.

```
 1    A    He is the current consigliere.

 2    Q    Current?

 3    A    Yes.

 4    Q    How about 47.3?

 5    A    That's Carlo Vaccarezza.  He is an associate of the

 6    family.

 7    Q    47.4?

 8    A    That's Jackie D'Amico, the street boss of the Gambino

 9    family.

10    Q    Currently?

11    A    Currently.

12    Q    47.5?

13    A    That's Peter Gotti, the boss of the Gambino family.

14    Q    And what relationship is he to John Gotti and Gene

15    Gotti?

16    A    That's their brother.

17    Q    And Richard Gotti?

18    A    All brothers.

19    Q    How about 47.6?

20    A    That's Danny Marino.  A captain in the Gambino family.

21    Q    And 47.7?

22    A    Nickey Corozzo, a captain in the Gambino family.

23    Q    And finally 47.8?

24    A    That's Emil Pellino, an associate in the family with Jo

25    Jo Corozzo.
```

1    Q    Could you explain what you meant by that?

2    A    He's an associate and he is with, he's assigned to Jo Jo

3    Corozzo.  That's who he reports to.  That's who he goes to if

4    he has any problems or issues on the street, anything that

5    needs to be resolved on his behalf.

6    Q    Now, I think when we left off before we got into the

7    photographs, you were describing to the jury the nature of

8    your relationship with John Gotti Senior.

9    A    Yes.

10   Q    And in terms of that relationship, did you have any

11   dealings with John Gotti Senior concerning large amounts of

12   cash or money?

13   A    Yes, I would -- for years, I held substantial sums of

14   money for John Gotti Senior.

15   Q    When did that begin, Mr. Kasman?

16   A    I want to say that began probably around the late 1980s.

17   That started around the late 1980s.

18   Q    And can you describe to the jury how this came about in

19   terms of what you were asked to do and what you did?

20   A    In organized crime back in those days, there was just a

21   lot, a lot of money and John didn't have the ability where we

22   were going to keep all this money.  So the money was divided

23   up between -- some went to me, some went to his brother,

24   Peter, and some his son, John A. Gotti was entrusted to hold.

25   And that's how that -- that's how we did that.

1    Q    Where was this money coming from, Mr. Kasman, if you

2    know?

3    A    It was coming from organized crime.  As the boss of the

4    family, captains kick up money to the administration and the

5    boss; and that's where the money is derived from.

6    Q    Was there any other moneys coming from the garment

7    center that you were making with John Gotti at Scorpio?

8    A    Yes.

9    Q    I should say at Scorpio and the other two companies.

10   A    Yes.

11   Q    Describe how that money was being processed?

12   A    Well, on the money laundering and on the selling of the

13   cash, that money would just go into the -- into the pot so to

14   speak, the profits of the proceeds of the criminal activity

15   that was being done in the garment center by myself and John

16   and Mike.

17   Q    Could you estimate how much money during that period of

18   time '86, '87, '88, that you and John Gotti and the other

19   people who were involved in the operation were making at the

20   garment center, a ballpark figure?

21   A    Millions of dollars.

22   Q    And you were making it through the illegal activity that

23   you just described to the jury?

24   A    Yes.

25   Q    Selling cash?

1    A    That was our primary source.

2    Q    Double billing?

3    A    Double billing and things like that.  Yes.

4    Q    Getting back to the monies that John Gotti gave to you

5    to store for him, how did you store it?  Can you break that

6    down for the jury, please?

7    A    I stored it in the attic of my house in a toy chest, in

8    paper bags and shoe boxes.

9    Q    And in regular shoe boxes?

10    A    Yes.  It was given to me in shoe boxes.

11    Q    And what was the arrangement you had with John Gotti

12    about your keeping this money for him in your shoe boxes and

13    toy chest?

14    A    I was responsible for paying his personal bills, his

15    legal bills, private investigators, his clothing bills, and

16    anything that he directed me to pay.

17    Q    What types of payments did you make on behalf of John

18    Gotti from the money you were storing in the shoe boxes?

19    A    I would pay attorneys.

20    Q    What other payments?

21    A    Bookmakers.

22    Q    Did John Gotti gamble a lot when you were befriended by

23    him?

24    A    Yes.  John was a very big gambler.

25    Q    Can you describe that to the jury, what his gambling

1    habits were?

2    A    John was a degenerate gambler.  He would bet on horses,

3    on dogs, cats, any baseball game, football game.  Anything

4    you could think of, John liked the action, he liked betting.

5    Q    And you would pay for some of those amusements out of

6    the attic?

7    A    Yes.

8    Q    During that time period Mr. Kasman, did you make any

9    collections for John Gotti?

10   A    At times, certain times, certain captains would give me

11   an envelope with something to give to John.

12   Q    And so you did, yes?

13   A    Yes.

14   Q    And what would you do with the moneys that you collected

15   from the captains?

16   A    I would tell John the amount I collected and either he

17   would say, all right give it to me, or he would say put it

18   with the rest of the money.

19   Q    Did you do that very frequently?

20   A    The captains giving me money was not that frequently.

21   It was more, it was more infrequently.  Most of the money I

22   was getting was directly from the boss of the family.

23   Q    What's the term given to collecting money from the

24   captains for John Gotti or other members of the

25   administration?

```
 1   A    Captains in the organized crime family have a
 2   responsibility, and their responsibility is whatever money
 3   they make from their crew, either from made members or
 4   associates, X amount of dollars has to be kicked up to the
 5   administration and to the boss of the family.
 6   Q    So that's the money you would be picking up?
 7   A    Yes.
 8   Q    Did you kick up, too?
 9   A    Yes.
10   Q    Who did you kick up to?
11   A    The boss.
12   Q    To John Gotti?
13   A    Yes.
14   Q    How did you kick up; explain that?  Excuse me, you're in
15   business together?
16   A    Yes, we're in business together.  And what would happen,
17   at the end of the month whatever the profits were, we would
18   just whack it up or split it, or he would take more.
19   Whatever it was.  It wasn't any -- it wasn't a formula.  We
20   just did it on a month to month basis at that point.
21   Q    And did you keep any records of the money that John
22   Gotti was giving you to store for him?
23   A    At the beginning I was keeping some records and then as
24   time went by, I started to keep more detailed records.  Yes.
25   Q    By the way, you know when you visited John Gotti in the
```

1    federal court where he was being tried, how did he make out

2    in that case?

3    A    He was found not guilty.

4    Q    Now, let's talk a little bit about these social clubs

5    that you've talked about before.  I think you spoke about the

6    Bergin Hunt & Fish Club?

7    A    Yes.

8    Q    And what's the other social club that you were aware of

9    or more familiar with?

10    A    The Ravenite is in the City on Mulberry Street and the

11    Bergin Hunt & Fish Club in Queens.

12    Q    Did you frequent both of those clubs?

13    A    Yes, I did.

14    Q    You say it is on Mulberry Street, correct?

15    A    Yes.

16    Q    Did you used to go to the club yourself or with other

17    people?

18    A    Sometimes myself, sometimes with other people.

19    Q    And when you -- was there a schedule of the Ravenite and

20    a schedule at the Bergin Hunt & Fish Club that John Gotti

21    met?

22    A    Yes.

23    Q    Could you explain that to the jury, please?

24    A    Sure.  The Bergin Hunt & Fish Club was the daytime club.

25    That's where friends of John, members, organized crime

1   fellows would come by during the day if they wanted to see

2   John.  John wouldn't get to the club until noon or one

3   o'clock or two o'clock.  He used to sleep in.

4           And then the evenings, Thursday or Friday, were

5   the, sometimes Wednesday, holidays, all of the holiday

6   parties and everything was done on Mulberry Street at the

7   Ravenite Social club.

8   Q    So you went to both with John Gotti or met him there?

9   A    I would either go with him or meet him there.  Yes.

10  Q    Okay.  Mr. Kasman, we have on the monitor certain video

11  clips from the Ravenite Social Club, which has already been

12  admitted as Exhibit 44.

13  A    Okay.

14  Q    And the first date we're going to be showing is

15  April 21, 1988.  And as this clip is playing I'm going to ask

16  you if you can identify the people that you can that are --

17  before we get into that, I want to ask one question I forgot

18  to ask you.

19          Are you aware or do you have knowledge about the

20  concept of walk/talk in relation to the Gambino crime family

21  or organized crime families?

22  A    Yes.

23  Q    What does that mean?

24  A    Walk/talk is -- when you walk in a location where you

25  might think that there is electronic surveillance or the

1    Government watching you or listening to you, you take a

2    walk/talk away from what you're thinking in your mind would

3    be the listening devices.  So you walk/talk down another

4    block.

5    Q    Okay.  And was that -- did you yourself participate in

6    that type of activity outside of the social clubs that were,

7    more particularly, the Ravenite Social club?

8    A    Yes.

9    Q    On a frequent basis?

10   A    Yes.

11   Q    Now, we're going to turn to April 21, 1988.  Now, when

12   that Ravenite clip is playing, I'm going to -- I'm going to

13   try not to stop it.  I'm going to see if you can identify the

14   individuals without stopping it.  If we can do that, it would

15   be obviously more useful time.

16   A    Okay.

17   Q    So we'll see if you can do that, okay?

18   A    Yes.

19   Q    The first date is April 21, 1988.  I'm sorry, it is

20   44.1.  And that would be April 21, 1988.  Now, that is a

21   picture outside of the Ravenite, is it not?

22   A    Yes, it is.

23   Q    Okay.  Do you recognize any of those people in that

24   group, the one with the back to you and the other people?

25   A    Yes, that one gentleman looking with the glasses, that's

1    Iggie Alongo (phonetic).  He is a soldier.

2    Q    Who is the individual shaking hands; do you recognize

3    him?

4    A    I believe that's Mr. Artuso.

5    Q    Which of them?  There are two Mr. Artusos?

6    A    I'm sorry, Vinnie Artuso.

7    Q    Okay.  Where is the entrance?  Is that the entrance

8    right here?

9    A    Yes.  That's Jackie D'Amico.  Nickey Corozzo.

10            MR. McCORMICK:  Could you just put that on pause

11    for a second, please.  Back it up just a hair.

12    BY MR. McCORMICK:

13    Q    Okay.  Now?

14    A    That's Jackie D'Amico shaking hands and kissing.  That's

15    Nickey Corozzo, the shorter fellow next to him.

16    Q    And anybody else that you recognize in that array?

17    A    No, not in that little array.  No.

18    Q    Okay.

19    A    Well, actually, that's Joe Acquirri (phonetic).

20    Q    Who is Joe Acquirri?

21    A    That's a captain of the Gambino family.  That's his

22    cousin, Sal Franco, behind him, that just walked into the

23    club.

24    Q    It's a very narrow entrance, is it not?

25    A    Yes.

1              That's Sammy Gravano.

2    Q    Which one is Sammy Gravano?

3    A    The short guy.

4    Q    Who was Sammy Gravano?

5    A    Sammy Gravano was the underboss at that time.  That's

6    Big Louie, one of Sammy's guys, a captain.  Eddie Garofalo,

7    Gravano's brother-in-law.  A soldier.  That's Sammy at the

8    doorway.

9    Q    In the archway?

10   A    Yes.

11   Q    Of course, there are normal people walking back and

12   forth, too; is that not true?

13   A    Yes.  This is on the street.  That heavyset guy with the

14   glasses, that's Frankie Gapalito (phonetic), a captain in the

15   family at the time.  Deceased now.

16   Q    When you describe them, we can put the pointer on them,

17   if you would.

18   A    He walked in already.

19   Q    Okay.

20   A    The gentleman in the baseball jacket is Bobby Boriello,

21   a soldier, against the wall, his back is to the wall.  That's

22   Gene Gotti standing next to Bobby Boriello, with the black

23   leather jacket on.

24   Q    Who is that in the left side there?

25   A    That's -- on left side, all the way over, that's

1    Mr. Artuso.  Vinnie.  That's Jo Jo Corozzo.

2    Q    What is he wearing?

3    A    I think, I believe he has a long raincoat.  He is

4    walking out of the picture and now, he is back in the

5    picture.

6    Q    Who is that in the doorway again?

7    A    That's Vinnie Artuso in the doorway, walking out.

8              Vinnie is talking to Iggie Alongo.

9    Q    Who is he again?

10   A    Iggie was a soldier in John's crew.

11   Q    By John you mean John Gotti?

12   A    John J. Gotti.  John Senior.

13   Q    And who is behind Vinnie Artuso?  Do you know?

14   A    In the doorway?

15   Q    Yes.

16   A    It looks like Nickey Corozzo or -- I believe that was

17   Nickey Corozzo that just walked in.  Vinnie is walking in now

18   with Boriello and Iggie.

19   Q    Do you know who's behind Vinnie Artuso in that sequence?

20   A    It looks a little like Carlo Vaccarezza.  I believe that

21   is -- it looks like Vaccarezza.  That's Arnold Scaterri

22   (phonetic).  His back against the wall, looking towards

23   Vinnie Artuso.

24   Q    Who is he?

25   A    The taller fellow.

1  Q    What is his rank?

2  A    His rank at the time, he was a made member.  His rank --

3  for a while, he was the acting boss of the family.

4        That's -- that picture again, that's Iggie again,

5  Vinnie Artuso.  I believe that looks like Gene Gotti.  I

6  really -- yeah, that is Gene Gotti.

7  Q    It is?

8  A    Yes.

9  Q    Which one is Gene Gotti?

10 A    He is in the leather jacket, shaking hands.

11 Q    On the far right?

12 A    Yes.

13 Q    Okay.

14 A    That's Joe Acquirri and Sal Franco leaving with Frank

15 Fappiano.

16 Q    Where are they?  What are they wearing?

17 A    Joe Acquirri is the white-haired man with the black

18 coat.  That's D'Amico saying hello to him.

19 Q    You mean Jackie D'Amico?

20 A    Jackie D'Amico and Nickey on the side of him, Nickey

21 Corozzo.  That's Gravano again.  And Big Louie.  Eddie

22 Garofalo.

23 Q    Which one is Eddie Garafalo?

24 A    Next to Big Louie.  And that's Bobby Boriello shaking

25 hands with the Yankee jacket on, or baseball jacket.  That's

 1    Gravano in the doorway.

 2    Q    Who is Bobby Boriello?

 3    A    He was -- he was a soldier in the Gambino family and he

 4    was John's driver.

 5              MR. MARKUS:  Judge --

 6              MR. PASANO:  Do we actually see a loop and see the

 7    same thing over and over.

 8              MR. MARKUS:  It looped a couple of times.

 9              MR. McCORMICK:  We'll move to the next exhibit

10    44.2.

11              MR. ENTIN:  Just so we can clarify what year that

12    video was, if you could ask the witness?

13    BY MR. McCORMICK:

14    Q    That year was 1988; isn't that correct?

15    A    That's correct.

16    Q    This is the next snippet, Mr. Kasman.

17    A    That's John Gotti, the boss of the family, in the

18    doorway.

19    Q    And who has his back to John Gotti?

20    A    I believe that looks like Vinnie Artuso.

21    Q    Can you tell what's going on between John Gotti and

22    Vinnie Artuso?

23    A    It looked like a hand-off of an envelope of some sort.

24    Q    Okay.

25    A    The shorter fellow, looking at it from my left, that's

1    Jackie or Jack Giordano.

2    Q    And who is Jack Giordano?

3    A    He is a captain in the Gambino family.

4    Q    How about the heavyset fellow, do you know him?

5    A    I don't know -- I don't recognize him.  No.

6    Q    Mr. Kasman, we're going to switch to the next snippets

7    on May 15 (sic) of 1988.  That's 44.3, I believe --

8    A    That looks like Joe Watts walking out of the club, an

9    associate of the Gambino family.

10   Q    This is a different time of year, with the leaves; is

11   that correct?

12   A    Yes.  Sitting down is Bobby Boriello.  That looks like

13   Tony Lee walking out of the door with the sunglasses on and

14   the white hair.  That is Tony Lee walking in, captain of the

15   Gambino family.  That is Carlo Vaccarezza, with the tie on,

16   walking on my left.

17   Q    Where the pointer is?

18   A    Yes.  That's Iggie Alongo on the right, extreme right.

19   Q    Who is he?

20   A    He is a soldier in the Gambino family, in John's crew.

21   Q    We're going to change to the next snippets, Mr. Kasman.

22   I believe it is June 30, 1998.  44.4.  We're going to switch

23   to 47.17 at this time.

24   A    Okay.  That's myself and John.  John, standing next to

25   me.

```
1   Q    You have a jacket on?

2   A    Yes, I have a jacket on.

3   Q    Now you're going inside the Ravenite?

4   A    Walking into the Ravenite.  Yes.

5   Q    47.18 now.

6        MR. McCORMICK:  That's the last one, your Honor.

7        THE WITNESS:  That's John and myself on a

8   walk/talk.

9   BY MR. McCORMICK:

10  Q    Getting back now to the amounts of money you were saving

11  for John Gotti, can you approximate for the jury the average

12  amount on a yearly basis that you were storing in your attic

13  for John Gotti?

14  A    It ranged between 2 to $4 million.

15  Q    And were you storing money for anybody else during these

16  years?

17  A    What year are you referring to?

18  Q    1987 to 1990.

19  A    No.  That would just be John's money.

20  Q    What would be the average balance on a month of the cash

21  that you were hoarding for John Gotti?

22  A    The lowest it would go would probably be around

23  $2 million.  But at times it was uncountable because it was

24  coming in and going out on a cicular basis and at very rapid

25  pace, so it was hard to tally all the time.
```

1    Q    I think you testified that you kept a few records on the

2    comings and going of the cash?

3    A    Yes.

4    Q    And you weren't religious about it?

5    A    No.

6    Q    Now, on April 10 of 1990, you testified in the Grand

7    Jury, did you not?

8    A    Yes.

9    Q    The Grand Jury in Brooklyn, New York?

10   A    Yes.

11   Q    And the Grand Jury was investigating the --

12   investigating your friend, John Gotti, correct?

13   A    Yes.

14   Q    And when you appeared as a witness, did you take the

15   Fifth Amendment?

16   A    I did.

17   Q    And were you compelled to testify at that time?

18   A    Yes.

19   Q    What does compelled mean to you?  What did it mean?

20   A    I took the Fifth, and the Government got an immunity

21   order to force my testimony.

22   Q    So that's what -- you did testify?

23   A    I did testify.

24   Q    Did you tell the truth in the Grand Jury on April 10 of

25   1990?

1    A    No.

2    Q    What did you lie about?  Can you tell the jury that?

3    A    They asked me in the Grand Jury if John Gotti was the

4    boss of the family, who Jackie D'Amico was, and other members

5    of organized crime.  And I did not tell the truth.  I lied.

6    Q    And did you lie about everything about John Gotti?

7    A    Yes.

8    Q    Practically?

9    A    Yes.

10   Q    Turning your attention now to December of 1990.  What

11   occurred in regard to John Gotti that was monumental in your

12   life?

13   A    He was indicted.  He was indicted in the Eastern

14   District of New York.

15   Q    And who was indicted with him, if you recall?

16   A    He was indicted with Sam Gravano, the underboss of the

17   family at the time.  And Frank LoCascio, the consigliere of

18   the family.

19   Q    And what do they constitute in terms of the Gambino

20   crime family?

21   A    That's the administration.

22   Q    Did John Gotti get bail once he was indicted?

23   A    No, bail denied.

24   Q    Now, were you given any instructions by John Gotti

25   concerning his case and what to do with the cash that you

1    were hoarding in the -- in your attic?

2    A    Yes.

3    Q    What were you told?

4    A    I was told to retain lawyers, retain private

5    investigators, pay for transcripts, pay for any audio

6    copyings, anything to do with his criminal defense.  And at

7    one point in time he wanted me to assist Frank LoCascio in

8    paying some of Mr. LoCascio's bills.

9    Q    And how were you going about paying for lawyers with the

10   money that John Gotti had you keeping for him in the attic?

11   Could you explain that to the jury, please?

12   A    Yes.  The lawyers that would accept cash, I would give

13   them cash.  The lawyers that wouldn't accept cash, I would

14   launder the money and I would write my own check and pay

15   them.

16   Q    By launder the money, can you explain that to the jury,

17   please.

18   A    Yes.  I would write a check for, let's say $100,000 and

19   I would take the money back out of John's money, and

20   gradually either re-deposit into my account or just hold it

21   on the side because John had no ability to write any checks.

22   Q    And you couldn't make that kind of a deposit yourself

23   either; is that correct?

24   A    Correct.

25   Q    And did you do that commencing in 1990 -- how long did

1    you perform that function for John Gotti?

2    A    Till John died in 2002.

3    Q    Now, did -- were you spending the money for any other

4    purpose in or about 1990?

5    A    Yes.

6    Q    Could you explain that?

7    A    John's instructions to me were to help his family, his

8    daughters, whatever, if they need any help paying any bills.

9    But there was money coming in from the administration so the

10    money that I was holding was not really relegated for that.

11    But if an emergency existed other than John's own needs for

12    lawyers, et cetera, I was to help his family.

13    Q    Now, with John Gotti in jail as a result of this case

14    pending trial, who was the acting boss of the family, if I'm

15    using the right terminology?

16    A    When John was first incarcerated you're asking me?

17    Q    Yes.

18    A    I wanted to say --

19    Q    Or did he retain being the boss?

20    A    Well, John always retained being the boss.  John was the

21    boss of the family until he died.  There was no change in his

22    role or his status as the boss of the family.  There came a

23    time when John A. Gotti became the acting boss.  There came a

24    time when there was a committee.  And then there came a time

25    where Peter Gotti became the acting street boss.

1    Q    And that happened over a period of years?

2    A    Yes.

3    Q    Okay.  Now, what about the trial of John Gotti in New

4    York, what happened there?

5    A    He was found guilty.

6    Q    All the defendants were found guilty, as far as you

7    recall?

8    A    All of the defendants were found guilty.  Sam Gravano

9    became a cooperating witness.

10   Q    And was John Gotti sentenced after he was found guilty?

11   A    Yes, he was.

12   Q    What was he sentenced to?

13   A    Life in jail.

14   Q    And where was he imprisoned by the Bureau of Prisons;

15   can you tell us that?

16   A    He first started out in Marion, Illinois.

17   Q    So, did you visit him initially when he was imprisoned

18   by the Bureau of Prisons?

19   A    I visited him only when he was in the Metropolitan

20   Correctional Center in New York City.  Once he was convicted

21   and shipped out, the Bureau of Prisons would not permit me to

22   visit him.

23   Q    Why wouldn't they permit you to visit him?

24   A    They deemed me a threat to institutional security.

25   Q    And did you continue to pay money for John Gotti after

1    he was imprisoned in Marion?

2    A    Yes.

3    Q    How did you go about giving money to either family

4    members or lawyers at that time?

5    A    Well, we had our group of lawyers and I would pay them

6    as they needed to be paid.  As far as his family, if his

7    family came to me and requested money, I would find out what

8    it was for, and John left it up to me to either give it to

9    them or not give it to them.  But if it was a proper reason,

10   certainly, I gave it to them.

11   Q    Now, were you still working in the garment center when

12   all this was going on?

13   A    Yes.

14   Q    Who were you working with then?

15   A    The same companies were still in existence.

16   Q    Your father-in-law was still running with you?

17   A    Yes.

18   Q    Were you still involved in the various fraudulent

19   activities and financial frauds at the garment center?

20   A    Yes.

21   Q    Were you still making the huge illegal profits that you

22   were making before?

23   A    Yes.

24   Q    Did that continue?

25   A    Yes, for a while.  Yes.

1    Q    Was John Gotti still on Scorpio Marketing as a no-show

2    job?

3    A    For a while, yes, he was.  We kept him on.

4    Q    And do you recall taking him off eventually?

5    A    Yes, I did take him off.

6    Q    Did you put someone else in his place?

7    A    Yes.

8    Q    Who?

9    A    I put his wife on.

10   Q    And how long did that last?

11   A    About 8 to 12 months.

12   Q    Okay.  Now, there came a time that you had to answer for

13   your perjury in 1994; isn't that right?

14   A    Yes.

15   Q    What happened then?

16   A    I took a plea.  And I was jailed.

17   Q    So you pled guilty to perjury?

18   A    Yes.

19   Q    And it had to do with lying for John Gotti?

20   A    Yes.

21   Q    Why did you lie for John Gotti?

22   A    He was my friend.  I wasn't about to go in the Grand

23   Jury and tell the truth about John Gotti.

24   Q    So you -- you decided to plead guilty?

25   A    Yes.

 1    Q    And were you sentenced shortly thereafter?

 2    A    Yes.

 3    Q    What were you sentenced to; do you remember that?

 4    A    Yes.

 5    Q    What?

 6    A    Six months incarceration.

 7    Q    And where were you imprisoned?

 8    A    Lewisberg, Pennsylvania.

 9    Q    And did you serve the six months?

10    A    Yes.

11    Q    Let me ask you, while you were at Lewisberg were you

12    engaged in any crime that you can tell the jury about at that

13    time?

14    A    Yes.

15    Q    What was that?

16    A    There was an inmate in there that disliked John

17    intensely and he was taking out his frustrations on me.  And

18    when I was about to leave, there was some gang members in

19    there that I had assault him prior to me -- you know, once I

20    left the institution.

21    Q    How badly was the person assaulted?

22    A    I believe he had a fractured nose.

23    Q    Okay.  Did he ever assault you?

24    A    He attempted to.  Yes.

25    Q    And after this transaction, did you get charged in the

1    prison for doing that?

2    A    No.

3    Q    And did you pay for it, or how did you handle the quid

4    pro quo, so to speak for the assaulter?

5    A    Out of commissary.  In prison, you get commissary for

6    food or whatever items you need, so I just did it that way.

7    Q    And then you were released on July 14, 1996?

8    A    Yes.

9    Q    Where did you go after you were released from prison?

10   A    The day?

11   Q    Not immediately.  Where did you go to resume your life?

12   A    Well, I went back to my family, back home, and went back

13   to the garment center.

14   Q    And what employment did you pursue after you were

15   released from prison?

16   A    Well, we were still in the garment center for a while

17   but the garment center wasn't doing good anymore because a

18   lot of the manufacturing went off shore to different parts of

19   the country -- different parts of the world, actually.

20   Q    Now, was the manufacturing consequential for you when

21   you were money laundering, selling cash, and doing things

22   like that?

23   A    Yes, because you needed the products to be made here and

24   you needed to have something to sell.  So once they started

25   to move all their production out of the New York metropolitan

1    area, it became harder to do business with the selling of the

2    cash.

3    Q    So you had to be there for at least a quasi legitimate

4    purpose to commit the criminal activity?

5    A    Correct.

6    Q    Now, was anybody on the Gambino or I should say the

7    Gotti family, a no-show?  Did they have no-show jobs with you

8    when you came back in July of '96?

9    A    When I --

10   Q    Let me rephrase that.  Were any of the Gotti family

11   associated with your business in the garment center after you

12   were released from prison?

13   A    Yes.

14   Q    Who was that?

15   A    Jackie D'Amico and Danny Fattico.  And I believe his

16   wife was off my payroll at that point.

17   Q    So you had two or three people that had no-show jobs?

18   A    Yes.

19   Q    How long did that last?

20   A    Probably, about a year.  About a year.

21   Q    Now, after you got out of prison in July of 1996, did

22   you have any contact with any member of the administration of

23   the Gambino crime family?

24   A    Yes, I did.

25   Q    Who did you have contact with?

1    A    John A. Gotti.

2    Q    And what position did John A. Gotti have with the family

3    at that particular time?

4    A    He was the acting boss.

5    Q    And his father was still the boss?

6    A    Yes.

7    Q    Okay.  Now, let's turn your attention to October of

8    1996.  At the time you were still operating the garment

9    center; is that correct?

10   A    Yes.

11   Q    And you had these no-show jobs --

12   A    Yes.

13   Q    -- that you were assisting.

14        Were you contacted by the FBI at that particular

15   time?

16   A    Yes.

17   Q    And did you decide to become a confidential informant at

18   that time?

19   A    Yes, I did.

20   Q    And what was your understanding about what a

21   confidential informant was when you decided to do that?

22   A    You provide information to the FBI about criminal

23   activity going on.

24   Q    And did you reach a fee arrangement or anything like

25   that with the FBI to provide this type of information?

1    A    Not at that time.  No.

2    Q    So you were going to give that gratuitously?

3    A    Yes.

4    Q    Why did you decide to do that in 1996?

5    A    There were a lot of things -- issues going on with John

6    A. Gotti, issues with his father, issues with money, issues

7    with safety.  And once John was incarcerated and once John,

8    his appeals were exhausted, various captains and other

9    members of the family were acting very, very different and

10   there was a lot of chaos.

11   Q    Well, at that time how much money did you have left of

12   John Gotti's money?

13   A    What year is that?

14   Q    1996, between when you met with the FBI, which is

15   October, and you got out of prison in July.

16   A    Still holding several million dollars at that point.

17   Q    And were you -- you indicated that you had concern

18   because you were holding the money?

19   A    I was holding the money and I had responsibilities for

20   the money and what John Senior's wishes were for the money.

21   And it appeared to me that what his wishes were and what his

22   son's wishes were and what other people thought his wishes

23   were, were not his wishes.

24   Q    You made that value judgment?

25   A    Yes.

1  Q    You were having no contact with John Gotti at that time

2  though, is that correct?

3  A    Other than telephonic contact.  And some letter writing

4  back and forth.

5  Q    Did you discuss this issue with him?

6  A    No.  With John Senior?

7  Q    Yes.

8  A    No.

9  Q    So you decided to sign on with the FBI in October more

10  or less of 1996; is that fair?

11  A    Yes.

12  Q    And you were told about what the roles of engagement

13  were in terms of working with the FBI?

14  A    Yes.

15  Q    What did they tell you?

16  A    You can't lie, you have to tell us the truth.  Be

17  truthful with us.  Things of that nature.

18  Q    Did you commit within your own mind to do that?

19  A    No.

20  Q    What decision did you make, irrespective of what the FBI

21  said to you?

22  A    I was playing both ends.  I was going to play both ends.

23  Q    Okay.  Could you tell the jury what you mean by that?

24  What you meant by that, I should say.

25  A    I was caught between a rock and a hard place.  So that

```
 1    was my avenue in case all hell was going to break loose on

 2    the organized crime side, I had a place to go to.  So I was

 3    playing both ends.  I was telling the FBI what I wanted to

 4    tell them, not everything, and not about the crimes that I

 5    was committing.

 6    Q    So you were telling them the truth of what you told

 7    them, but not the whole truth?

 8    A    Correct.

 9    Q    And so for how long did you continue to provide

10    information on that basis to the FBI?  Do you have any

11    recollection?

12    A    A couple, several years.

13    Q    A couple years?

14    A    Yeah.

15    Q    And you were reporting to an agent on a semi-regular

16    basis; is that correct?

17    A    Yes.

18    Q    But you're still engaging in criminal activity yourself?

19    A    Yes, I am.

20    Q    You were?

21    A    Yes.  At the time.

22    Q    Did you by any chance -- were you still working in the

23    garment center at that time?

24    A    What year is that?

25    Q    1996.  After you got out of prison.
```

1  A    Yes, we were still in the garment center at that point.

2  Q    So you were still money laundering?

3  A    Yes.

4  Q    You were still selling cash?

5  A    Yes.

6  Q    You --

7        THE COURT:  Excuse me a minute.

8     (Pause in Proceedings.)

9        THE COURT:  Go ahead.

10 BY MR. McCORMICK:

11 Q    Now, in 1997, 1998, in that time frame did you leave the

12 garment center?

13 A    Yes.

14 Q    Why?

15 A    My friend, Philip Basile, was dying of cancer and he

16 asked me to take over, once again, the operations of his

17 nightclubs.

18 Q    And at that time, what did you do?  Did you take over

19 the operation?

20 A    Yes, I did.

21 Q    Now, at that time did you and others engage in criminal

22 activity on the nightclubs that the Basiles were operating?

23 A    Yes.

24 Q    Could you explain what that criminal activity was?

25 A    Okay.  The Basiles were with the Lucchese family.  I was

1    with the Gambino family.  So you had two organized crime

2    families in there.  You had me representing the Gambinos.

3    And then you had the Luccheses, which were on the outs,

4    basically with Philip Basile at the time, but a financial

5    arrangement was made whereby the Basiles were going to give

6    the Lucchese family a thousand dollars a month because I was

7    operating and I was in control of the money.  And it was Pete

8    and myself -- Peter Gotti and myself and the Basile brothers,

9    and Pete and I were skimming money, giving the Luccheses

10   their end, and we were taking basically what we wanted to

11   take, and we gave the Basile brothers a little bit of the

12   action as well.

13   Q    So there was a skim going on of the proceeds at the four

14   nightclubs that were owned by the Basiles?

15   A    Yes.

16   Q    And the Lucchese crime family was taking a portion of

17   it?

18   A    Yes.

19   Q    And the Gambino family, through you and Peter Gotti,

20   were taking a portion of it?

21   A    Yes.

22   Q    And also, the Basiles were taking a portion of it?

23   A    Yes.

24   Q    You understand that that's an extortion against the

25   Basiles?

1    A    Yes.

2    Q    Why -- explain that to the jury why it is?

3    A    Well, they were the licensed owners.  Obviously, it was

4    their money.  And -- but when you're in the nightclub -- they

5    needed the protection of the Lucchese family, which they had.

6    And then they brought me into it -- the father brought me

7    into it to help them.

8        And what happened was Pete and I got together and

9    Pete said, let's get our end of the deal here as well.  So

10   that's what we proceeded to.

11   Q    And at that time what rank did Peter Gotti have in the

12   Gambino crime family?

13   A    What year is that?

14   Q    1997, 1998.  In that time frame.

15   A    Well, his brother was still the boss.  I would say -- I

16   think Pete was the acting boss at that point.

17   Q    You didn't tell the FBI about that, correct?

18   A    No.

19   Q    That was one of the things that you were alluding to in

20   your testimony what you weren't going to tell the FBI?

21   A    Yes.

22   Q    Now, how was the money divided up between you and Pete

23   Gotti?

24   A    Well, like I said, the Luccheses got their thousand, the

25   Basiles we used to give a couple of thousand to; and whatever

1  was left, Pete and I would, you know, split it or whatever we

2  had decided at that point in time.

3  Q    And what did you do with your money and what did Pete

4  Gotti do with his money, if you recall that?

5  A    My money I kept.  Pete did, I guess, what he did with

6  it.  I don't know what he did with it.

7  Q    Well, did you begin to store money for Pete Gotti, too?

8  A    Yes, that was a little bit further on though.

9  Q    How much further on?

10  A    Uhm, about eight months past that time.

11  Q    Okay.  Let's fast-forward eight months.  How did you

12  store money for Pete Gotti when you started to do that?

13  A    I stored it in the attic as well.  In the same location.

14  But I tried to keep it differentiated.

15  Q    So you had shoe boxes with Pete Gotti's money in it?

16  A    Yes.

17  Q    As well as John Gotti's money?

18  A    Yes.

19  Q    And you didn't merge them together?

20  A    No.

21  Q    Now, how long did the four clubs remain open with this

22  large skim that was going on?

23  A    Approximately, two years.  Two to two and a half years

24  we operated the club.

25  Q    What happened to the clubs?

1  A    Ultimately, they were sold and the family retained the

2  proceeds of the sales.

3  Q    And at the same time you were still making payments for

4  John Gotti to whomever you were directed or whatever you

5  thought should be paid; is that right?

6  A    Yes, that's correct.

7  Q    Were you keeping better records then about the

8  expenditures that you were making on behalf of John Gotti?

9  A    Yes.

10  Q    And what was the reason that you started to make better

11  records of what you were spending?

12  A    Because what started to develop was a lot of infighting

13  within his immediate family, which he warned me would happen

14  over the money; how much and who wanted what.  So I started

15  to keep, you know, better records.  Yes.

16  Q    Okay.  Now, after these four clubs closed, did you

17  continue your relationship with the Basile brothers?

18  A    Yes, I did.

19  Q    What happened next?

20  A    They came to me to open up a venture in Freeport, New

21  York.  A seafood restaurant.

22  Q    So they came to you even though you were extorting them?

23  A    Yes.

24  Q    Could you explain that to the jury?

25  A    They came from a very wealthy background and when the

```
 1    father got sick -- the father was a gambler.  He blew most of

 2    his money, but he had assets and properties.  So what

 3    happened was they had no cash available to them, and the

 4    father passed away in an untimely manner.  There were tax

 5    liens, there were foreclosures.  So ultimately, we resolved

 6    that, we sold the properties.  And then they had no assets to

 7    open up this new restaurant, so they came to me to ask me if

 8    I would fund the opening of this new restaurant in Freeport,

 9    Long Island.

10            And we were all friends.  We all grew up together.

11    They knew what I was doing and they understood it.  I don't

12    know if they liked it too much, but they understood it.

13    Q    Okay.  And what role did you play in the restaurant

14    itself?

15    A    I was an undisclosed partner.

16    Q    Could you explain what that is?  A silent partner?

17    A    No.  I was involved there.

18    Q    You weren't on paper though, correct?

19    A    Not on paper.

20    Q    Why weren't you on paper?

21    A    Because of my conviction.

22    Q    The perjury conviction?

23    A    Yes.

24    Q    So you were one of the partners.  What happened?  Did

25    you last as a manager of this new restaurant?  You were the
```

1   manager, correct?

2   A    Well, we had a manager.  But I was there day to day.

3   Q    And how long did you stay at that restaurant?

4   A    I was there anywheres between 12 to 14, 12 to 16 months.

5   Q    And what was the name of the restaurant?

6   A    Hudson & McCoy.

7   Q    And did there come a time that you were thrown out of

8   the restaurant, management of the restaurant?

9   A    Yes.

10   Q    Who threw you out?

11   A    There was a conflict between the Luccheses and the

12   Gambinos, and that's how I was thrown out.

13   Q    Now, 2000, 2001, you were closed as a confidential

14   informant, correct?

15   A    Correct.

16   Q    It wasn't because of what we were talking about, was it?

17   A    No.

18   Q    Why were you closed, if you know?

19   A    What year is that?

20   Q    2000, 2001?

21   A    Just decided, you know, just -- I closed.

22   Q    Okay.  Now again you never told your FBI agent or

23   control agent that you were involved in the four clubs or the

24   Hudson & McCoy transactions?

25   A    (Witness shaking head.)

1    Q    You still maintained holding John Gotti's money.  At

2    this point, 2001, how much money were you holding?

3    A    Several.

4    Q    Approximately.

5    A    A million five.  It depended on how much was coming in,

6    what was going out, what bills I was paying.  I could have

7    had $2 million, I could have had a million five.  You know,

8    it varied.

9    Q    Okay.  Now, you were reopened again in 2002 as a

10   confidential informant; isn't that correct?

11   A    Yes.

12   Q    And you started -- you made the same arrangements with

13   the FBI?

14   A    Yes.

15   Q    What did the FBI tell you then, when they reopened you

16   as a confidential informant?

17   A    The same thing.  You know, you have to be truthful, tell

18   us what you know, any criminal conduct, things of that

19   nature.

20   Q    And did you tell them that you had a couple million

21   dollars of John Gotti's money in the attic?

22   A    No.

23   Q    And did you start reporting to the FBI?

24   A    Yes.

25   Q    The information you provided, was it truthful?

1    A    No.

2    Q    The information that you did provide, was it truthful?

3    A    Yes, that information was truthful.

4    Q    Did you withhold other parts of information?

5    A    Yes.

6    Q    Why?

7    A    Because again, I was playing both ends.  I was doing

8    what I was doing.  And that's just the way I did it.

9    Q    Let me ask you something.  In June of 2002, what

10   occurred?  In regard to John Gotti?

11   A    John Gotti passed away.

12   Q    And when John Gotti passed away, what, if anything, did

13   you do?

14        What did he die of?  Can you tell the jury that?

15   A    He died of head, neck, and throat cancer.

16   Q    And what institution was he at when he passed away?

17   A    Federal Medical Center in Springfield, Missouri.

18   Q    And how did you react to John Gotti's death, what did

19   you do?

20   A    I flew out there on a private jet prior to his death,

21   and he died a few hours later.

22   Q    And when you arrived at the institution, you couldn't

23   gain admittance; is that correct?

24   A    No.

25   Q    And when he died, what did you do?

1    A    I brought the body home.

2    Q    And who was with you when you brought John Gotti's body

3    home?

4    A    Peter Gotti, his son.

5    Q    So you leased a private jet and you brought back the

6    body of John Gotti with Peter Gotti's son -- I mean with

7    Peter Gotti?

8    A    With Peter Gotti and a funeral director.

9    Q    Where did you go with the body after you landed in New

10   York?

11   A    We landed in Long Island in a private airfield and from

12   there, we drove to Maspeth, Queens to the Papavero Funeral

13   Parlor.

14   Q    What was the name of that funeral parlor?

15   A    Papavero.  I couldn't spell it.  But it's got a lot of

16   P's in it.

17   Q    Papavero Funeral Parlor.  Did you attend the funeral or

18   memorial service for John Gotti?

19   A    Yes.

20   Q    Tell the jury about that.  Will you please?

21   A    It was a large funeral.  Hundreds and hundreds of flower

22   arrangements.  Hundreds and hundreds of people coming to pay

23   respects.  And ultimately on the last day, I delivered the

24   eulogy for John.

25   Q    So you gave the eulogy.  Did anybody else give a eulogy

1   for John Gotti?

2   A    No.

3   Q    And after you gave the eulogy, who paid for the funeral

4   service?

5   A    The funeral was to be paid for by his brother, Richard

6   Gotti Senior.  However, when it came to giving me the money,

7   Richie refused to give me the money, and I paid for the

8   funeral.

9   Q    Did you pay for it out of your own funds or John Gotti's

10  funds?

11  A    I paid for it out of my own funds and I took the money

12  back from the money I was holding of John's.

13  Q    Did that cause a rift between you and some of the Gotti

14  family?

15  A    The rift was between me and Richard Gotti because he

16  refused to pay for his brother's funeral, and the money was

17  already allocated by the administration for Richard to pay

18  for the funeral.

19  Q    And who told you that?

20  A    Peter Gotti Senior.  Before he was locked up -- Peter

21  Gotti gets locked up prior to John's death and Peter tells

22  me, he says, Lewis, with the funeral, my brother has $50,000.

23  Don't use my brother's money.  Get the money from Richard.

24  Q    You were acting on the instructions of Peter Gotti?

25  A    Yes.

1   Q    And what rank did Peter Gotti have once John Gotti

2   passed away?

3   A    He was the boss, the acting -- he was the boss.

4   Q    How did he become the boss?  Who made him the boss?  Was

5   there an official proclamation or anything like that?

6   A    There was a committee, but that role was directed by

7   John.  It was all planned.  This is how John wanted it, and

8   this is how it was going to be.

9   Q    Now, after you attended the funeral of John Gotti, which

10  would have been 2002, what did you do in New York -- backing

11  up a little bit, you had re-signed with the FBI at or about

12  that time as a confidential informant source, right?

13  A    What year is that?

14  Q    2002.

15  A    Yes.

16  Q    And so what did you do?  You remained in New York after

17  attending John Gotti's funeral, or what did you begin doing

18  for a living then?

19  A    Shortly -- or in 2003, I decided to move to Florida,

20  approximately.

21  Q    And when you moved to Florida, were you still in

22  association with the Gambino crime family?

23  A    Yes.

24  Q    And you mentioned several times --

25         THE COURT:  If you're moving to Florida, why don't

1    we stop.  It is 4:45.  We can start tomorrow morning at 9

2    o'clock.  Remember, tomorrow we're going to stop at 4:00.  So

3    in terms of your planning, we'll be finished at

4    4:00 tomorrow.

5         (Jury out at 4:45 p.m.)

6              THE COURT:  Okay.  We'll see you tomorrow morning

7    at 9:00.  We do have a hearing in here shortly.

8              MR. MARKUS:  Judge, just for the Court to know, we

9    do have that agreement to call the witness out of turn first

10   thing tomorrow.  The direct should be about a half hour.

11             THE COURT:  Okay.

12             MR. McCORMICK:  We agreed to it.

13             THE COURT:  All right.

14             MR. MARKUS:  Thank you, your Honor.

15        (Recess at 4:45 p.m., until 9:00 a.m., September 19,

16   2008.)

17

18

19

20

21

22

23

24

25

1                              I N D E X

2     WITNESS                                              PAGE

3     LEWIS KAZMAN, GOVERNMENT'S WITNESS, SWORN .................3
      DIRECT EXAMINATION BY MR. McCORMICK ......................3
4

5

6     EXHIBITS                                          RECEIVED

7     GOVERNMENT'S EXHIBIT(S) 43.10 ...........................23
      GOVERNMENT'S EXHIBIT(S) 47.1 THROUGH 47.8 ...............28
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **C E R T I F I C A T E**

2         I, Karl Shires, Registered Professional Reporter, certify

3    that the foregoing is a correct transcript from the record of

4    proceedings in the above-entitled matter.

5         Dated this 30th day of September, 2008.

6

7         s\Karl Shires
          Karl Shires, RPR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25